# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**DUSTY JAMES COX,**

    Plaintiff,

    v.

**STEWART GROTE,**

    Defendant.

Case No. 15-3189-CM-DJW

## ORDER TO SHOW CAUSE

On March 30, 2017, the Court directed Plaintiff to file a status report updating the Court and the parties of his situation on or before April 28, 2017 (Doc. 33). On April 24, Plaintiff requested additional time to file the status report (Doc. 36), which the Court granted on May 24, directing Plaintiff to file his status report by June 28. As of this date, Plaintiff has not filed anything. The Court received return mail stating Plaintiff is no longer at the Butner Federal Correctional Institution (*See* Doc. 41). A search of the Federal Bureau of Prisons inmate locator website indicates he was released from custody on May 19, 2017. Local Rules require pro se parties to "notify the clerk in writing of any change of address or telephone number" and "[a]ny notice mailed to the last address of record of an attorney or pro se party is sufficient notice." D. Kan. Rule 5.1(c)(3). Plaintiff has not noticed the Court as to his current address.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff shall show good cause, in writing, to Judge Murguia as to why this case should not be dismissed for failure to prosecute and/or comply with a Court Order (Docs. 33 & 39) and D. Kan. Rule 5.1(c)(3).

Dated July 12, 2017, at Kansas City, Kansas.

                                      s/ David J. Waxse
                                      David J. Waxse
                                      U.S. Magistrate Judge